# HARDING MAZZOTTI LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
1 Wall Street
Albany, NY 12205
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**PARTNERS**
Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**
1 Wall Street
Albany, New York 12205
TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**
Burlington, VT
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**
Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**
New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

April 4, 2025

**VIA ECF ONLY:**
Hon. Edgardo Ramos, District Judge
U.S. District Court, SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Walls, Shamaah vs. New York University**
              **Case No.: 1:23-cv-05915**
              Our File No.: 2054600

Dear Judge Ramos:

    Please be advised that this office represents the Plaintiff, Shamaah Walls, in the above-referenced matter. The parties have agreed to a mediation with JAMS Mediator, retired Judge Allen Hurkin-Torres, on April 22, 2025. As such, we respectfully request that the April 9, 2025, case management conference be adjourned to allow the parties additional time to resolve this matter. This is the first request for an adjournment and Defendants join in the request.

    Thank you for your consideration in this matter.

                      Respectfully submitted,

                      *Finn Dusenbery*

                      Finn W. Dusenbery, Esq.
                      Employment & Labor Attorney
                      Tel. & Fax: (518) 724-2257
                      Email: Finn.Dusenbery@1800law1010.com

CC:    All counsel of record via ECF