# HARDING ☰ MAZZOTTI LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
1 Wall Street
Albany, NY 12205
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**PARTNERS**
Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**
1 Wall Street
Albany, New York 12205
TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**
Burlington, VT
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**
Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**
New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

April 24, 2025

**VIA ECF ONLY:**
Edgardo Ramos
U.S. District Court - Southern District of NY
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    **Walls, Shamaah v. New York University, et al.**
             **Case No.: 1:23-cv-05915-ER-KHP**
             Our File No.: 2054600

Dear Judge Ramos:

    In accordance with the Court's Order dated April 7, 2025, the parties write jointly to provide a status report. Earlier this week, on April 22, 2025, the parties attended a mediation at JAMS. While the case did not settle, the parties engaged in substantive discussions. The parties request an additional week to continue discussions and see if a settlement is possible.

    Thank you for your consideration in this matter.

                                Respectfully submitted,

                                *Finn Dusenbery*

                                Finn W. Dusenbery, Esq.
                                Employment & Labor Attorney
                                Tel. & Fax: (518) 724-2257
                                Email: Finn.Dusenbery@1800law1010.com

CC:    All counsel of record via ECF