**HARDING ⚏ MAZZOTTI** LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
1 Wall Street
Albany, NY 12205
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**PARTNERS**
Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**
1 Wall Street
Albany, New York 12205
TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**
Burlington, VT
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**
Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**
New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

## MEMO ENDORSED

April 24, 2025

The parties' request is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 25, 2025
New York, New York

**VIA ECF ONLY:**
Edgardo Ramos
U.S. District Court - Southern District of NY
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   Walls, Shamaah v. New York University, et al.
      Case No.: 1:23-cv-05915-ER-KHP
      Our File No.: 2054600

Dear Judge Ramos:

In accordance with the Court's Order dated April 7, 2025, the parties write jointly to provide a status report. Earlier this week, on April 22, 2025, the parties attended a mediation at JAMS. While the case did not settle, the parties engaged in substantive discussions. The parties request an additional week to continue discussions and see if a settlement is possible.

Thank you for your consideration in this matter.

Respectfully submitted,

Finn W. Dusenbery, Esq.
Employment & Labor Attorney
Tel. & Fax: (518) 724-2257
Email: Finn.Dusenbery@1800law1010.com

CC:   All counsel of record via ECF