# HARDING 🏛 MAZZOTTI LLP

*Name Changed from Martin, Harding & Mazzotti, LLP

SEND ALL CORRESPONDENCE TO:
1 Wall Street
Albany, NY 12205
PHONE: 518.862.1200
SERVICE BY FAX OR EMAIL NOT ACCEPTED

**PARTNERS**
Paul B. Harding
Victor L. Mazzotti
Rosemarie Riddell Bogdan

**MAIN OFFICE**
1 Wall Street
Albany, New York 12205
TOLL FREE: 1.800.529.9922
FAX: 518.724.0385

**STAFFED OFFICES**
Burlington, VT
Plattsburgh, NY
Rochester, NY
Saratoga, NY
Manchester, VT
Tewksbury, MA

**APPOINTMENT CENTERS**
Albany, NY
Buffalo, NY
Corning, NY
Detroit, MI
New York, NY
Syracuse, NY
Schenectady, NY
Troy, NY
White Plains, NY

**FIRM ATTORNEYS ADMITTED IN**
New York
Massachusetts
Michigan
Vermont
District of Columbia
California
New Hampshire
New Jersey
Connecticut
Texas
New Mexico
SCOTUS

## MEMO ENDORSED

May 2, 2025

**VIA ECF ONLY:**
Edgardo Ramos
U.S. District Court - Southern District of NY
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The parties' request is granted.
>
> SO ORDERED.
>
> *[signature]*
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 5, 2025
> New York, New York

Re:  Walls, Shamaah v. New York University, et al.
     Case No.: 1:23-cv-05915-ER-KHP
     Our File No.: 2054600

Dear Judge Ramos:

As you will recall, this office represents Plaintiff, Shamaah Walls in the matter. I write with the consent of counsel for Defendants with a brief status update. Although this matter was not resolved during the April 22, 2025 mediation, the parties have since made significant strides towards resolution of this matter. Currently we are working to come to an agreement on one final term of settlement. The parties jointly request an additional week to continue our efforts to reduce an agreement to writing.

Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

Kelly Magnuson, Esq.
Senior Employment & Labor Attorney
Tel. & Fax: (518) 556-3402
Email: Kelly.Magnuson@1800law1010.com