UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMAAH WALLS,

                Plaintiff,

    – *against* –

NEW YORK UNIVERSITY *and* JOSEPH HAYES,

                Defendants.

**ORDER**

23-cv-05915 (ER)

Ramos, D.J.:

    Shamaah Walls brought this action against New York University and Joseph Hayes on July 10, 2023. Doc. 1. On May 15, 2025, the parties requested 2 weeks to provide the Court with an update on the status of a proposed settlement, which the Court granted. Docs. 28, 29. Since then, there has been no activity in this case.

    The parties are directed to submit a joint status letter by no later than August 7, 2025.

    It is SO ORDERED.

Dated:    July 30, 2025
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.